34 So.3d 1270 (2008)
Ex parte Patricia PHILLIPS.
(In re Patricia PHILLIPS v. Asplundh Tree Expert Company).
1061595.
Supreme Court of Alabama.
September 5, 2008.
Jonna M. Denson of Heninger Garrison Davis, LLC, Birmingham, for petitioner.
David S. Hassinger and Karen R. Berhow of Porter, Porter & Hasinger, P.C., Birmingham, for respondent.
Prior report: Ala.Civ.App., 34 So.3d 1269.
BOLIN, Justice.
Writ quashed on the authority of Ex parte McInish, [Ms. 1060600, Sept. 5, 2008] ___ So.3d ___ (Ala.2008).
WRIT QUASHED.
COBB, C.J., and SEE, LYONS, WOODALL, STUART, SMITH, PARKER, and MURDOCK, JJ., concur.